**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Rest Assured, LLC, Appellant,

v.

South Carolina Department of Employment and Workforce, Respondent.

Appellate Case No. 2012-208766

Appeal From the Administrative Law Court
Ralph King Anderson, III, Administrative Law Judge

Unpublished Opinion No. 2012-UP-593
Submitted October 1, 2012 – Filed October 31, 2012

**AFFIRMED**

Thornwell F. Sowell, III and David Cochran Dick, Jr., both of Sowell Gray Stepp & Laffitte, LLC, both of Columbia, for Appellant.

Assistant General Counsel Debra Sherman Tedeschi, of S.C. Department of Employment and Workforce, of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 41-35-750 (Supp. 2011) ("[W]ithin thirty days from the date of mailing the [South Carolina Department of Employment and Workforce's (SCDEW)] decision . . . [a party may] initiate an action in the administrative law court against the [SCDEW] for review of its decision."); Rule 33, SCALCR ("In appeals from decisions of the [SCDEW], the notice of appeal must be filed and served within thirty (30) days of the date of the decision of the [SCDEW] Appellate Panel."); Rule 38, SCALCR ("Upon motion of any party, or on its own motion, an administrative law judge may dismiss an appeal for failure to comply with any of the rules of procedure for appeals, including the failure to comply with any of the time limits provided by this section.").

**AFFIRMED.**[1]

**FEW, C.J., and WILLIAMS and PIEPER, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.